**KNIGHT & RYAN PLLC**
Robert A. Ryan, #12084
robert@knightryan.com
Scott A. Knight, #9083
scott@knightryan.com
8880 W. Sunset Road Suite 130
Las Vegas, Nevada 89148
Tel: (702) 462-6083
Fax: (702) 462-6084

**DLA PIPER LLP (US)**
Ellen E. Dew (*pro hac vice* forthcoming)
ellen.dew@us.dlapiper.com
Alexa Ain (*pro hac vice* forthcoming)
alexa.ain@us.dlapiper.com
650 S Exeter Street Suite 1100
Baltimore, Maryland 21202-4576
Tel: 410.580.3000
Fax: 410.580.3001

*Attorneys for Defendant*
*MGM Resorts International*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| D.G., an individual,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>VICI PROPERTIES L.P., et al.,<br><br>　　　　　Defendants. | Case No. 2:25-cv-02126-JCM-DJA<br><br>**STIPULATION AND ORDER EXTENDING TIME TO RESPOND TO PLAINTIFF'S COMPLAINT AND SETTING BRIEFING SCHEDULE**<br><br>**(First Request)** |

　　　　Pursuant to LR IA 6-1, Plaintiff, D.G. ("Plaintiff") and Defendant MGM Resorts International ("Defendant") (collectively, the "Parties") hereby stipulate and agree follows:

　　　　1.　　On October 30, 2025, Plaintiff filed her Complaint in this Court.

STIPULATION AND ORDER EXTENDING TIME TO RESPOND TO PLAINTIFF'S
COMPLAINT AND SETTING BRIEFING SCHEDULE

2.    In her Complaint, Plaintiff asserts a claim against Defendant for alleged trafficking in violation of 18 U.S.C. § 1595, the Trafficking Victims Protection Reauthorization Act ("TVPRA").

3.    Plaintiff served the Complaint on Defendant on November 4, 2025.

4.    Pursuant to Rule 12 of the Federal Rules of Civil Procedure, the current deadline for Defendant to respond to Plaintiff's Complaint is November 25, 2025.

5.    In the interests of judicial economy, and in recognition of the upcoming holiday period and counsel for both Parties' competing case deadlines across multiple matters, the Parties have met and conferred and respectfully stipulate that Defendant's time to respond to the Complaint be extended fourteen days (14) days to December 9, 2025.

6.    As Defendant anticipates responding to the Complaint by filing a Motion to Dismiss and in light of the upcoming holidays, the Parties further stipulate and respectfully request that the Court set the following briefing schedule on that motion: Plaintiff shall file her opposition to the Motion to Dismiss on or before January 6, 2026, and Defendant shall file its reply in support of the Motion to Dismiss on or before January 20, 2026.

7.    This is the first request by the Parties for any change of time in this action.

8.    The Parties' agreed-upon extension and briefing schedule is made in good faith, is not sought for purposes of delay, and will not cause prejudice to the respective Parties.

**WHEREAS** the Parties respectfully request that MGM Resorts International shall have until December 9, 2025 to answer, move, or otherwise respond to Plaintiff's Complaint.

**WHEREAS** the Parties respectfully request that Plaintiff shall have until January 6, 2026 to respond to Defendant's motion to dismiss.

STIPULATION AND ORDER EXTENDING TIME TO RESPOND TO PLAINTIFF'S COMPLAINT AND SETTING BRIEFING SCHEDULE

1    **WHEREAS** the Parties respectfully request that Defendant shall have until January 20,

2    2026 to reply to Defendant's motion to dismiss.

3    **IT IS SO ORDERED.**

4

5    _____
      **DANIEL J. ALBREGTS**

6    **UNITED STATES MAGISTRATE JUDGE**
      DATED: 11/21/2025

7    Dated: November 19th  2025

8

9    Respectfully submitted,

10   CHRISTIAN MORRIS TRIAL                     Respectfully submitted,
     ATTORNEYS
11                                              KNIGHT & RYAN PLLC

12   By: _/s/ Sarah DiSalvo_
     Christian Morris, #11218                  By: _/s/ Robert A. Ryan_
13   Sarah DiSalvo, #16398                     Robert A. Ryan, #12084
     Lindsay Roginski, #16616                  Scott A. Knight, #9083
14   christian@cmtrialattorneys.com            robert@knightryan.com
     lindsay@cmtrialattorneys.com              scott@knightryan.com
15   sarah@cmtrialattorneys.com                8880 W. Sunset Road. Ste. 130
     2250 Corporate Circle, Suite 390          Las Vegas, Nevada 89148
16   Henderson, NV 89074                       (702) 462-6083
17   702-434-8282
                                               DLA Piper LLP (US)
18   _Attorneys for Plaintiff D.G._            Ellen E. Dew (_pro hac vice_ application
                                               forthcoming)
19                                             Alexa P. Ain (_pro hac vice_ application
                                               forthcoming)
20                                             ellen.dew@us.dlapiper.com
                                               alexa.ain@us.dlapiper.com
21                                             650 S. Exeter Street Suite 1100
                                               Baltimore, Maryland 21202-4576
22                                             (410) 580-3000

23
                                               _Attorneys for Defendant MGM Resorts_
24                                             _International_

25

26

27
                                    -3-
28   STIPULATION AND ORDER EXTENDING TIME TO RESPOND TO PLAINTIFF'S
         COMPLAINT AND SETTING BRIEFING SCHEDULE

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on November 19th, 2025, the foregoing **STIPULATION AND ORDER EXTENDING TIME TO RESPOND TO PLAINTIFF'S COMPLAINT AND SETTING BRIEFING SCHEDULE** was filed using the Court's CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.


                                        */s/  Jessica Malone*
                                        An employee of Knight & Ryan

-4-

STIPULATION AND ORDER EXTENDING TIME TO RESPOND TO PLAINTIFF'S
COMPLAINT AND SETTING BRIEFING SCHEDULE