**KNIGHT & RYAN PLLC**
Robert A. Ryan, #12084
robert@knightryan.com
Scott A. Knight, #9083
scott@knightryan.com
8880 W. Sunset Road Suite 130
Las Vegas, Nevada 89148
Tel: (702) 462-6083
Fax: (702) 462-6084

**DLA PIPER LLP (US)**
Ellen E. Dew (*pro hac vice* forthcoming)
ellen.dew@us.dlapiper.com
Alexa Ain (*pro hac vice* forthcoming)
alexa.ain@us.dlapiper.com
650 S Exeter Street Suite 1100
Baltimore, Maryland 21202-4576
Tel: 410.580.3000
Fax: 410.580.3001

*Attorneys for Defendants*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| D.G., an individual,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>VICI PROPERTIES L.P., et al.,<br><br>　　　　　Defendants. | Case No. 2:25-cv-02126-JCM-DJA<br><br>**STIPULATION AND ~~PROPOSED~~ ORDER TO STAY DISCOVERY** |

Plaintiff, D.G. ("Plaintiff") and Defendants MGM Resorts International, Vici Properties L.P., and Vici Properties 2 L.P. ("Defendants," and, collectively, the "Parties"), by and through their respective counsel of record, hereby stipulate and agree follows:

1. On October 30, 2025, Plaintiff filed her Complaint in this Court. (ECF No. 1) (the "Complaint").

-1-

2.    In her Complaint, Plaintiff asserts a claim against Defendants for alleged trafficking in violation of 18 U.S.C. § 1595, the Trafficking Victims Protection Reauthorization Act ("TVPRA").

3.    Plaintiff served the Complaint on Defendants on November 4, 2025.

4.    On December 9, 2025, Defendants timely filed a Motion to Dismiss Plaintiff's Complaint (the "Motion to Dismiss"). (ECF No. 10).

5.    On January 6, 2026, Plaintiff timely filed her Opposition to the Motion to Dismiss. (ECF No. 14).

6.    On January 20, Defendants timely filed a Reply in Support of the Motion to Dismiss (ECF No. 15).

7.    The deadline for the Parties' Discovery Plan and Scheduling Order is currently set for January 23, 2026.

8.    In the interests of judicial economy and to avoid the incurrence of unnecessary attorneys' fees and costs, the Parties agree that discovery should be stayed pending the Court's ruling on the Motion to Dismiss. Good cause exists for a stay of discovery here because discovery in this case involves the production of records involving a Plaintiff who alleges she is a survivor of human trafficking. Discovery will necessarily involve highly sensitive documents related to Plaintiff; a stay while the Motion to Dismiss is pending will maximize the protections of Plaintiff's privacy, conserve judicial resources, and avoid unnecessary costs.

9.    To the extent that the Court's decision on the Motion to Dismiss does not fully dispose of this matter, the Parties agree that a discovery plan and proposed scheduling order shall be due within thirty (30) days of the Court's decision on the Motion to Dismiss.

10.    The Parties further discussed and intend to propose a one (1) year discovery period commencing as of the date of the Court's ruling on the Motion to Dismiss.

Dated: January 23, 2026

Respectfully submitted,

CHRISTIAN MORRIS TRIAL ATTORNEYS

By: */s/ Sarah DiSalvo*
Christian Morris, #11218
Sarah DiSalvo, #16398
Lindsay Roginski, #16616
christian@cmtrialattorneys.com
lindsay@cmtrialattorneys.com
sarah@cmtrialattorneys.com
2250 Corporate Circle, Suite 390
Henderson, NV 89074
702-434-8282

*Attorneys for Plaintiff D.G.*

Respectfully submitted,

KNIGHT & RYAN PLLC

By:  /s/ *Robert A. Ryan*
Robert A. Ryan, #12084
Scott A. Knight, #9083
robert@knightryan.com
scott@knightryan.com
8880 W. Sunset Road. Ste. 130
Las Vegas, Nevada 89148
(702) 462-6083

DLA Piper LLP (US)
Ellen E. Dew (*pro hac vice* application forthcoming)
Alexa P. Ain (*pro hac vice* application forthcoming)
ellen.dew@us.dlapiper.com
alexa.ain@us.dlapiper.com
650 S. Exeter Street Suite 1100
Baltimore, Maryland 21202-4576
(410) 580-3000

*Attorneys for Defendants*

IT IS THEREFORE ORDERED that, having found good cause, the parties' stipulation (ECF No. 17) is GRANTED.  *See Schrader v. Wynn*, 2021 WL 4810324 (D. Nev. Oct. 14, 2021).

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRAGE JUDGE

-3-

DATED: January 27, 2026

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on January 23, 2026, the foregoing was filed using the Court's CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

/s/ Jessica Malone
An Employee of Knight & Ryan