**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

D.G.

                Plaintiff(s),

    vs.

Vici Properties L.P. et al

            Defendant(s).

)
)
)
)
)
)
)
)
)
)
)
)
)
)

Case #2:25cv2126

**VERIFIED PETITION FOR PERMISSION TO PRACTICE IN THIS CASE ONLY BY ATTORNEY NOT ADMITTED TO THE BAR OF THIS COURT AND DESIGNATION OF LOCAL COUNSEL**

FILING FEE IS $250.00

_____Ian James Stegmaier_____, Petitioner, respectfully represents to the Court:
(name of petitioner)

1.    That Petitioner is an attorney at law and a member of the law firm of

Babin Law, LLC
(firm name)

with offices at _____10 W Broad Street Ste 900_____,
(street address)

_____Columbus_____, _____Ohio_____, ____43215____,
(city)              (state)          (zip code)

____(380) 219-2152____, _____ian.stegmaier@babinlaws.com_____.
(area code + telephone number)       (Email address)

2.    That Petitioner has been retained personally or as a member of the law firm by

_____D.G._____ to provide legal representation in connection with
[client(s)]

the above-entitled case now pending before this Court.

Rev. 5/16

3.    That since _____11/17/2008_____, Petitioner has been and presently is a
                                      (date)
member in good standing of the bar of the highest Court of the State of _____Ohio_____
                                                                                     (state)
where Petitioner regularly practices law.  Petitioner shall attach a certificate from the state bar or

from the clerk of the supreme court or highest admitting court of each state, territory, or insular

possession of the United States in which the applicant has been admitted to practice law certifying

the applicant's membership therein is in good standing.

4.    That Petitioner was admitted to practice before the following United States District

Courts, United States Circuit Courts of Appeal, the Supreme Court of the United States and Courts

of other States on the dates indicated for each, and that Petitioner is presently a member in good

standing of the bars of said Courts.

| Court | Date Admitted | Bar Number |
|---|---|---|
| Supreme Court of Ohio | 11/17/2008 | 0083603 |
| US District Court - Southern District of Ohio | 12/29/2010 | 0083603 |
| | | |
| | | |
| | | |
| | | |
| | | |

5.    That there are or have been no disciplinary proceedings instituted against petitioner,

nor any suspension of any license, certificate or privilege to appear before any judicial, regulatory

or administrative body, or any resignation or termination in order to avoid disciplinary or

disbarment proceedings, except as described in detail below:

None

2

Rev. 5/16

6. That Petitioner has never been denied admission to the State Bar of Nevada. (Give particulars if ever denied admission):

None

7. That Petitioner is a member of good standing in the following Bar Associations.

Supreme Court of Ohio, Southern District of Ohio

8. Petitioner has filed application(s) to appear as counsel under Local Rule IA 11-2 (formerly LR IA 10-2) during the past three (3) years in the following matters: (State "none" if no applications.)

| Date of Application | Cause | Title of Court Administrative Body or Arbitrator | Was Application Granted or Denied |
|---|---|---|---|
| 05/11/2026 | TVPRA | Judge James C. Mahan | Granted |
| 05/11/2026 | TVPRA | Judge James C. Mahan | Granted |
| 05/08/2026 | TVPRA | Judge Miranda M. Du | Granted |
| 05/08/2026 | TVPRA | Judge Miranda M. Du | Granted |

(If necessary, please attach a statement of additional applications)

9. Petitioner consents to the jurisdiction of the courts and disciplinary boards of the State of Nevada with respect to the law of this state governing the conduct of attorneys to the same extent as a member of the State Bar of Nevada.

10. Petitioner agrees to comply with the standards of professional conduct required of the members of the bar of this court.

11. Petitioner has disclosed in writing to the client that the applicant is not admitted to practice in this jurisdiction and that the client has consented to such representation.

3

Rev. 5/16

That Petitioner respectfully prays that Petitioner be admitted to practice before this Court FOR THE PURPOSES OF THIS CASE ONLY.

_____
Petitioner's signature

STATE OF _____Ohio_____ )
                                )
COUNTY OF _____Franklin_____ )

_____Ian James Stegmaier_____, Petitioner, being first duly sworn, deposes and says:

That the foregoing statements are true.

_____
Petitioner's signature

Subscribed and sworn to before me this

__14TH__ day of __MAY__, __2026__

_____
Notary Public or Clerk of Court

RAY DUBLIN
Notary Public, State of Ohio
My Commission Expires
October 10, 2028

## DESIGNATION OF RESIDENT ATTORNEY ADMITTED TO THE BAR OF THIS COURT AND CONSENT THERETO.

Pursuant to the requirements of the Local Rules of Practice for this Court, the Petitioner believes it to be in the best interests of the client(s) to designate __Sarah E. DiSalvo__,
                                                                    (name of local counsel)

Attorney at Law, member of the State of Nevada and previously admitted to practice before the above-entitled Court as associate resident counsel in this action. The address and email address of said designated Nevada counsel is:

_____2250 Corporate Circle. Suite 390_____,
                            (street address)

__Henderson__, _____Nevada_____, __89074__,
    (city)                (state)              (zip code)

__(702) 434-8282__, __sarah@cmtalaw.com__.
(area code + telephone number)    (Email address)

4

Rev. 5/16

By this designation the petitioner and undersigned party(ies) agree that this designation constitutes agreement and authorization for the designated resident admitted counsel to sign stipulations binding on all of us.

**APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL**

The undersigned party(ies) appoint(s) _____Sarah E. DiSalvo, Esq._____ as
(name of local counsel)
his/her/their Designated Resident Nevada Counsel in this case.

_____*D.G*_____
(party's signature)

_____D.G., Plaintiff_____
(type or print party name, title)

_____
(party's signature)

_____
(type or print party name, title)

**CONSENT OF DESIGNEE**
The undersigned hereby consents to serve as associate resident Nevada counsel in this case.

_____*Sarah E. DiSalvo*_____
Designated Resident Nevada Counsel's signature

16398                    sarah@cmtalaw.com
Bar number                Email address

APPROVED:

Dated: June 11, 2026.

_____*James C. Mahan*_____
UNITED STATES DISTRICT JUDGE

5

Rev. 5/16

# EXHIBIT 1



## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO

# CERTIFICATE OF GOOD STANDING

I, Richard W. Nagel, Clerk of this Court, certify that,

**Ian James Stegmaier**

Attorney Registration No. **0083603**

was duly admitted to practice in this Court on

December 29, 2010

and is in good standing as a member of the Bar of this Court.

Dated at Dayton, Ohio on April 28, 2026.

**RICHARD W. NAGEL, CLERK OF COURT**

CLERK OF COURT

*Anne Wamsley*

Signature of Clerk or Deputy Clerk

 # THE SUPREME COURT *of* OHIO

## CERTIFICATE OF GOOD STANDING

I, MICHEL JENDRETZKY, Director of the Office of Attorney Services of the Supreme Court of Ohio, do hereby certify that I am the custodian of the records of the Registration and Continuing Legal Education Section of the Supreme Court and that the Office of Attorney Services is responsible for reviewing Court records to determine the status of Ohio attorneys. I further certify that, having fulfilled all of the requirements for admission to the practice of law in Ohio,

**Ian James Stegmaier**
Attorney Registration No. **0083603**

was admitted to the practice of law in Ohio on November 17, 2008; has registered as an active attorney pursuant to the Supreme Court Rules for the Government of the Bar of Ohio; is in good standing with the Supreme Court of Ohio; and is entitled to practice law in this state.

IN TESTIMONY WHEREOF, I have subscribed my name and affixed the seal of the Supreme Court, this 5th day of January, 2026.



MICHEL JENDRETZKY
*Director, Office of Attorney Services*

*Shannon B Scheid*

Shannon Scheid
*Administrative Assistant, Office of Attorney Services*

Verify by email at GoodStandingRequests@sc.ohio.gov



## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF OHIO

# CERTIFICATE OF GOOD STANDING

I, Richard W. Nagel, Clerk of this Court, certify that,

**Ian James Stegmaier**

Attorney Registration No. **0083603**

was duly admitted to practice in this Court on

December 29, 2010

and is in good standing as a member of the Bar of this Court.

Dated at Dayton, Ohio on April 28, 2026.

**RICHARD W. NAGEL, CLERK OF COURT**

CLERK OF COURT

*Signature of Clerk or Deputy Clerk*